UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO  CASE NO.: 1:24-cv-21118-KMW

Plaintiff,

vs

ALO YOGA, LLC.

A Foreign for-Profit Corporation

Defendant,

_____/

NOTICE OF SETTLEMENT

Plaintiff, ARANTZA CASTRO, through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Settlement with Defendant. Parties seek 30 days to finalize all settlement documentation and file a Notice of Voluntary Dismissal with Prejudice.

Respectfully Submitted:

                                Mendez Law Offices, PLLC
                                Attorneys for Plaintiff
                                P.O. BOX 228630
                                Miami, Florida 33172
                                Telephone: 305.264.9090
                                Facsimile: 1-305.809.8474
                                Email:info@mendezlawoffices.com
                                By: _____/s/_____
                                DIEGO GERMAN MENDEZ, ESQ.
                                FL BAR NO.: 52748

                                Adams & Associates, P.A.
                                Attorneys for Plaintiff
                                6500 Cowpen Road, Suite 101
                                Miami Lakes, FL  33014

Telephone: 305-824-9800  
Facsimile: 305-824-3868  
Email: radamslaw@bellsouth.net  
By:_____ /s/_____  
RICHARD JOHN ADAMS, ESQ.  
FL BAR NO.: 770434